FILED

MAY 28 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 14-cr-30080-MJR |
| vs. | ) |
| | ) Title 18, United States Code, |
| BRIAN J. FIELDS | ) Sections 1343 and 1956(a)(2)(A) |
| Defendant. | ) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### Scheme to Defraud

At all relevant times:

1. In or around May of 2010, defendant **BRIAN J. FIELDS,** (who had answered an internet work from home job posting), was contacted by a person going by the name of "Thomas", who wanted **FIELDS** to work collecting money for construction jobs that had been performed by a construction company in Cleveland and then send the money overseas. **FIELDS** agreed to act as an intermediary as requested.

2. As part of the scheme, **FIELDS** would receive an e-mail or instant message indicating that there were funds to be picked up at Western Union or MoneyGram. **FIELDS** would then take out a portion of the money for his service and then wire transfer the remainder to a person in Nigeria.

3. During this time, **FIELDS** inquired if there were any other things he could do in order to make money. **FIELDS** agreed to send counterfeit money orders and checks to individuals with letters that directed the person (victim) to deposit the check or money order into

1

their own account and then send a portion of the money back to **FIELDS** via Western Union or MoneyGram. This process tricked unsuspecting individuals into falsely believing that they had been selected to participate as a "secret shopper", when in fact they were depositing worthless checks and sending money to **FIELDS** that the financial institution would then charge back to the victims' bank account.

4. No later than July of 2010, **FIELDS** knew that the money he was receiving and transferring by wire to Nigeria was part of a fraudulent scam and was *"dirty money."*

5. From in or around July of 2010, through in or around December of 2012, **FIELDS** actively participated in a scheme that defrauded American consumers of over $116,000.

6. A scheme to defraud is a scheme that is intended to deceive or cheat another and to obtain money or property or cause the loss of money or property to another.

## COUNT 1
(Wire Fraud)

7. On or about February 15, 2011, in St. Clair County, within the Southern District of Illinois, and elsewhere,

### BRIAN J. FIELDS

the defendant, for purposes of executing, and attempting to execute the above-described scheme, knowingly caused to be transmitted by means of wire, a wire transfer on or about February 15, 2011, in the amount of $1,500 from Mountainview, Missouri to Belleville, Illinois to BRIAN J. FIELDS.

In violation of Title 18, United States Code, Section 1343.

## COUNT 2
(Money Laundering)

8. On February 19, 2011, in St. Clair County, within the Southern District of Illinois,

**BRIAN J. FIELDS**

the defendant, did transmit and cause to be transmitted a monetary instrument and funds, that is, $2,536 from a place inside the United States, namely, St. Clair County, Illinois to a place outside the United States, namely, Lagos, Nigeria, intending that the transaction, in whole or in part, was to promote the carrying on of specified unlawful activity, that is, wire fraud as alleged in Count 1.

In violation of Title 18, United States Code, Section 1956(a)(2)(A).

UNITED STATES OF AMERICA

STEPHEN R. WIGGINTON
United States Attorney

RANLEY R. KILLIAN
Assistant United States Attorney

Bond Recommendation: $50,000 unsecured

3