IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAY 28 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 14-cr-30080-MJR |
| BRIAN J. FIELDS, | ) | |
| Defendants. | ) | |

## STIPULATION OF FACTS

The attorney for the Government and Defendant **BRIAN J. FIELDS** stipulate to the following:

1. That in or around May of 2010, defendant **BRIAN J. FIELDS** (who had answered an internet work from home job posting) was contacted by a person going by the name of "Thomas" who wanted **FIELDS** to work collecting money for construction jobs that had been performed by a construction company in Cleveland and then send the money overseas. **FIELDS** agreed to act as an intermediary as requested.

2. That as part of the scheme, **FIELDS** would receive an e-mail or instant message indicating that there were funds to be picked up at Western Union or Money Gram. **FIELDS** would then take out a portion of the money for his service and then wire transfer the remainder to a person in Nigeria.

3. That during this time, **FIELDS** inquired if there were any other things he could do in order to make money. **FIELDS** agreed to send counterfeit money orders and checks to individuals with letters that directed the person (victim) to deposit the check or money order into their own account and then send a portion of the money back to **FIELDS** via Western Union or

1

MoneyGram. This process tricked unsuspecting individuals into falsely believing that they had been selected to participate as a "secret shopper", when in fact they were depositing worthless checks and sending money to **FIELDS** that the financial institution would then charge back to the victims' bank account.

4. That no later than July of 2010, **FIELDS** knew that the money he was receiving and transferring by wire to Nigeria was part of a fraudulent scam and was "*dirty money.*"

5. That from in or around July of 2010 through in or around December of 2012, **FIELDS** actively participated in a scheme that defrauded American consumers of over $116,000

6. That on February 15, 2011, **FIELDS** caused a wire transfer in the amount of $1,500 to be sent from Mountainview, Missouri to Belleville, Illinois.

7. That at the time, the defendant knew that the above wire transfer was an act in furtherance of the scheme alleged in Count 1 of the information.

8. That on February 19, 2011, **FIELDS** caused a monetary instrument in the amount of $2,536 to be sent from St. Clair County, Illinois to a place outside the United States, namely, Lagos, Nigeria, intending that the transaction promote the carrying on of the wire fraud scheme as alleged in Count 1 of the information.

<pre>                          </pre>**IT IS SO STIPULATED.**

STEPHEN R. WIGGINTON
United States Attorney

_____
BRIAN L. FIELDS
Defendant

_____
RANLEY R. KILLIAN
Assistant United States Attorney

_____
TODD M. SCHULTZ
Attorney for Defendant

Date: 05-28-14

Date: 5/28/14

<pre>                                  </pre>3